AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| KENNETH W. JAWORSKI,<br>　　　　Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 09C0370 |
| RICK RAEMISCH,<br>　　　　Defendant |  |

☐　**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that this action is **DISMISSED** for failure to state a civil rights claim under 42 U.S.C. § 1983, without prejudice to plaintiff's ability to pursue a habeas corpus claim under 28 U.S.C. § 2241.

| February 22, 2011 | Jon W. Sanfilippo |
|---|---|
| Date | Clerk |
|  | /s D. Monroe |
|  | (By) Deputy Clerk |